**Opinion filed March 22, 2012**



## In The

# Eleventh Court of Appeals

_____

### No. 11-11-00333-CV

_____

### ROYAL HOSPITALITY SERVICES, LLC, A/K/A ROYAL HOSPITALITY SERVICES, INC., Appellant
### V.
### CLAUDIA OLMOS RAMIREZ ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Midland County, Texas**
**Trial Court Cause No. CC14915**

### M E M O R A N D U M   O P I N I O N

Royal Hospitality Services, LLC, a/k/a Royal Hospitality Services, Inc. is the appellant in this appeal. It has filed an unopposed motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, appellant states that "it no longer wishes to prosecute this appeal." Therefore, in accordance with appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

March 22, 2012                                                    PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.